# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **GUANG WANG SHI** | * | **CIVIL ACTION NO. 06-0035** |
| **VERSUS** | * | **JUDGE JAMES** |
| **U.S. BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT; RICKY A. JONES; DETENTION CENTER TENSAS PARISH** | * | **MAGISTRATE JUDGE HAYES** |

## REPORT AND RECOMMENDATION

Before the undersigned Magistrate Judge, on reference from the District Court, is a Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (Doc. No. 1) filed by Petitioner, Guang Wang Shi ("Shi"), on January 10, 2006. The Government responded to the petition on February 14, 2006, and provided documentation showing that Shi was released from ICE custody under an Order of Supervision on February 9, 2006 (Doc. No. 7 and documents attached thereto). As Shi is no longer in ICE custody, it is recommended that his petition for Writ of *Habeas Corpus* be

**DISMISSED as MOOT.**

Under the provisions of 28 U.S.C. §636(b)(1)(C) and FRCP Rule 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) business days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR,**

**FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this 21st day of February, 2006.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE