RECEIVED
IN MONROE, LA

MAR 2 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| GUANG WANG SHI | * | CIVIL ACTION NO. 06-0035 |
| VERSUS | * | JUDGE JAMES |
| U.S. BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT; RICKY A. JONES; DETENTION CENTER TENSAS PARISH | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (Doc. No. 1) be **DISMISSED as moot.**

THUS DONE AND SIGNED this 27 day of March, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION